| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Kendall, Virginia M. | 2. Court or Organization US District Court ND IL | 3. Date of Report 05/12/2010 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 219 S. Dearborn -Chambers 2378 Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. United States District Court Judge - Active | United States District Court - Northern District of Illinois |
| 2. Shareholder | Prarie Recreational Developments Inc. |
| 3. Part Time Faculty | Northwestern University School of Law |
| 4. Part Time Faculty | Loyola University Chicago School of Law |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

2009 MAY 18 A 9: 12 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Northwestern University School of Law teaching salary | $2,000.00 |
| 2. 2009 | Loyola University Chicago School of Law teahing salary | $2,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Cristo Rey Work Study Program (full time salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 01/08 - 01/10/2009 | Scottsdale, Az | Litigation Section Meeting: Human Trafficking subcommittee | Lodging, meals & transportation |
| 2. | American Bar Association | 06/17 - 06/20/2009 | Hot Springs, VA | Litigation Section Leadership Meeting | Lodging, meals & Transportation |
| 3. | National Institute of Trial Advocacy | 07/21 - 07/30/2009 | Nairobi, Kenya | International Judicial training | Lodging, meals & transportation |
| 4. | American Bar Association | 10/1 - 10/03/2009 | Chicago, IL | Litigation Section Leadership Meeting | Lodging |
| 5. | Cornell Global Center for Women & Justice | 11/10 - 10/11/2009 | Syracuse, NY | Human Trafficking lecture | Lodging, meals & transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank Visa | credit card | J |
| 2. Chase Visa | credit card | J |
| 3. Capital One | credit card | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prarie Recrational Developments, Inc. | A | Interest | M | W | | | | | |
| 2. JPMorgan Chase Bank - accounts | A | Interest | J | T | | | | | |
| 3. JPMorgan Equity Index Fund | A | Dividend | J | T | | | | | |
| 4. Chase Trust 1 | C | Dividend | N | T | | | | | |
| 5. Chase Trust 2 | B | Dividend | J | T | | | | | |
| 6. Guardian Life Insurance Company | A | Interest | | | Redeemed | 09/08/09 | J | A | |
| 7. JPMorganCore Bond Fund | B | Dividend | K | T | | | | | |
| 8. Oppenheimer US Government Bond Fund | A | Dividend | J | T | | | | | |
| 9. Fidelity Magellan Fund | A | Dividend | M | T | | | | | |
| 10. Fidelity Puritan Fund | A | Dividend | L | T | | | | | |
| 11. Washington National Variable Annuity | A | Interest | J | U | | | | | |
| 12. Columbia Fund Series Trust CL A | A | Dividend | J | T | | | | | |
| 13. JP Morgan US Money Market Reserve | A | Int./Div. | K | T | | | | | |
| 14. JP Morgan Equity Index Fund (x) | A | Dividend | J | T | Open | 01/01/09 | J | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Item #6 was a whole life policy that was redeemed in 2009.
Part VII. Item #14 was an existing asset that did not meet the reporting requirements in 2008 but exceeded them in 2009.

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY F           TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544